## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11-9622 |
| | ) | |
| Shoreline Condominium Association | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Timothy A. Barnes |

### NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Tuesday, June 19, 2012** at the hour of 10:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Barnes in Courtroom 642 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting such judge's place and stead, and shall then and there present the attached **FINAL APPLICATION OF SCHOENBERG, FINKEL, NEWMAN & ROSENBERG, LLC. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES,** a copy of which is attached hereto and is hereby served upon you. You may appear and be heard if you choose.

By:__/s/Karen J. Porter
Karen J. Porter (Atty No 6188626)
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, IL 60606
312-372-4400
Fax 312-372-4160

### CERTIFICATE OF SERVICE

I, Karen J. Porter, an attorney, certify that I caused a true and correct of this Notice and Application to be served on the parties listed on the attached service list as indicated on the attached service list from my offices located at 230 West Monroe, Suite 240, Chicago, Illinois 60606 on June 5, 2012.

_/s/Karen J. Porter___
Karen J. Porter

1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

In Re  Shoreline Condominium Association      )
                                              )
                                              )   Bankruptcy No. _____11-9622_____
                                              )
                    Debtor.                   )   Chapter _____11_____

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____Schoenberg, Finkel, Newman & Rosenberg_____

Authorized to Provide Professional Services to: _____Debtor_____

Date of Order Authorizing Employment: _____August 18, 2012_____

Period for Which Compensation is Sought:
From _____November 18, 2011_____, 2011   through _____May 14,_____, 2012

Amount of Fees Sought:  $ 14,121.25

Amount of Expense Reimbursement Sought:  $ 80.00

This is an:   Interim Application _____      Final Application __✓__

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 11/30/2011 | 8/24/11 to 11/18/11 | 19,909.98 | 19,707.00 | 8,000.00 |

Dated: _____June 5, 2012_____          _____/s/Karen J. Porter_____
                                              (Counsel)

(Rev 11/19/10)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 11-9622 |
| ) | |
| Shoreline Condominium Association ) | Chapter 11 |
| ) | |
| Debtor ) | Judge Timothy A. Barnes |

**FINAL APPLICATION OF SCHOENBERG, FINKEL, NEWMAN & ROSENBERG, LLC. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Shoreline Condominium Association, Inc. debtor and debtor in possession herein, moves this honorable court pursuant to 11 U.S.C. § § 330, 331 to award its special counsel Schoenberg, Finkel, Newman & Rosenberg, LLC. ("Counsel") final compensation and reimbursement of expenses for the legal services rendered to the Debtor for the time period November 18, 2011 to May 14, 2012. In support thereof Debtor respectfully states as follows:

1. Debtor filed petition for relief under Chapter 11 of the Bankruptcy Code on March 8, 2011.

2. On August 18, 2011, the court approved the employment of Jay E. Presser and Schoenberg, Finkel, Newman & Rosenberg, LLC.

3. This is the final application of Schoenberg, Finkel, Newman & Rosenberg, LLC. ("Counsel") for compensation and reimbursement of expenses (the "Application"). Counsel seeks an award for the legal services rendered during the time period from November 18, 2011 to May 14, 2012 in the amount of $14,121.25. Counsel seeks an award for the reimbursement of expenses in the amount of $80.00. The total amount of this request for compensation requested is $14,205.25. Debtor has previously paid $0.00 of this amount. There is a balance due for compensation and reimbursement of expenses in the amount of $14,205.25

2

4. Jay E. Presser performed 43.45 hours of legal services for the Debtor at the hourly rate of $325.00. The total amount sought for the legal services performed by Jay E. Presser is $14,121.25.

5. Counsel incurred $80.00 in expenses for the Debtor for the cost of expenses for Board Meetings and Court attendance. The total amount sought for the reimbursement of expenses is $80.00.

6. Counsel was employed by the Debtor as special counsel to handle real estate and condominium law matters. Counsel provided legal services in connection with the Association's annual meeting and election of officers; the sale of distressed units; the Associations by-laws; attending and conducting the meetings of the Board of Directors and guidance for the proper management of the Association.

7. A detailed statement of all the legal services performed by all the attorneys and all of the expenses incurred is attached to this Application as Exhibit A. The detailed description includes the date the services were rendered; the individual performing the services and a statement describing the task, activity or service performed.

8. A summary of the services performed for the Debtor in each of the categories is set forth below:

A. <u>Plan and Prepare For</u>: General representation of the Condominium Association's Board of Directors in connection with its obligations as an Illinois not-for-profit Board of Directors and advise as to the requirements of the Illinois Condominium Property Act ("Act") governing Board authority, liability, obligations and duties. Counseling the Board as to the correct procedures for Association action in light of the Act as well as the Association's recorded Declarations of Condominium Association ("Declarations") and Association By-Laws ("By-

3

Laws"). This application for compensation includes 2.15 hours of time spent by attorney Jay Presser for Planning and Preparation, at an hourly rate of $300 per hour, for a total cost of $645.00.

B. <u>Research</u>: Legal research of both statutory and governing common law, on-line (Westlaw) or in hard copy form, involving interpretation of various provisions of the Act and the Illinois-Not-For-Profit Corporation Act as well as other relevant Board of Director issues for actions taken by directors in bankruptcy and pre-bankruptcy situations; issues involving elections, contestation of same; use of proxies; a Condominium Association's power and authority to evict delinquent unit owners. This application for compensation includes 10.60 hours of time spent by attorney David Makarski for such Research, at an hourly rate of $275 per hour, for a cost of $2,915.00 for this attorney.

C. <u>Draft/Revise</u>: Legal services and attorney drafting of documentation related to Association documentation required by law, such as Amended and Restated Condominium Declarations; Corporate By-Laws; Rules & Regulations. This application for compensation includes 18.5 hours that were spent on legal services rendered in connection with drafting and revising, by attorney Jay Presser at an hourly rate of $325 per hour, for a total cost of $6,012.50.

D. <u>Review/Analyze:</u> Involves the ongoing review of Association and Board of Director internal corporate documents, prior Board Meeting Minutes, actions and communication, external communications, reports, unit owner correspondence, not-for-profit board of director best practice policies and procedures, in connection with various claims threatened or brought by third parties and unit owners against the current and prior Board Members, insurance claims pending or threatened as to the safety of the Condominium Building, and providing advice to the Board as to how to proceed, respond or handle such matters in light

4

of applicable law and the Association's governing/controlling documents. This application for compensation includes a total of 2.5 hours that were spent on the review and analysis of such matters by attorney Jay Presser at an hourly rate of $325 per hour for a total cost of $812.50.

E. <u>Communicate with Client:</u> Regular telephonic, electronic or written communication with various members of the Association's Board of Directors and unit owners in furtherance of our general representation of the Association. Participation in numerous conference calls, responding to written (e-mail) inquiries from Board Members and unit owners involving issues of general Association governance, building repair issues, legal issues related to updating documents, past Board and Association practices, budgeting, removal of management company, removal of Board Members. This application for compensation includes a total of 11 hours of communication with the client by attorney Jay Presser at an hourly rate of $325 per hour for a total cost of $3,757.00.

F. <u>Attendance at Court</u>: This application includes a total of 1.35 hours of court attendance by Jay Presser at an hourly rate of $325 for a total of $438.75.

G. <u>Pleadings</u>: Drafting of pleadings/Association lien documents recorded in the official records of Cook County. This application for compensation includes a total of 1.5 hours for meeting attendance by attorney Jay Presser at an hourly rate of $325 per hour for a total cost of $487.50.

H. <u>Fee/Employment Application:</u> Preparation of law firm invoices, and this fee application by attorney Jay Presser. This application for compensation includes a total of 1.5 hours for fee application preparation at a rate of $325 per hour for a total cost of $487.50.

9. Counsel has not agreed to share its compensation with any other party.

10. Notice of this Application has been sent to all creditors parties in interest.

5

11. Debtor requests that the time for notice of this application be shortened to less than twenty one days.

WHEREFORE, Counsel prays for the entry of an order awarding Schoenberg, Finkel, Newman & Rosenberg, LLC the amount of $14,205.25 for interim compensation and the reimbursement of expenses.

> Respectfully submitted,
> **SHORELINE CONDOMINIUM ASSOCIATION**
> /s/Karen J. Porter
> Karen J. Porter

Karen J. Porter
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, IL 60606
312-372-4400
Fax 312-372-4160
Attorney No 6188626

## SHORELINE CONDOMINIUM
## FEE SCHEDULE

| Date | Timekeeper | Task Code | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/12 | JEP<br><br>Preparation and drafting of initial Amended and Restated Declaration of Condominium Association, Covenants, Conditions and Restrictions of Record. | A-103<br>Draft/<br>revise | 2.5 | $325 | $812.50 |
| 01/04/12 | JEP<br><br>Final rafting of Amended and Restated Declaration and Exhibits Thereto.<br><br>E-mail with Board of Directors re: Condo Declaration, Points of Interest and Review and Request for Clarification. | A-103<br>Review/<br>analyze<br><br>A-106<br>Communicate<br>(with client) | 3.0<br><br><br><br>.50 | $325<br><br><br><br>$325 | $975.00<br><br><br><br>$162.50 |
| 01/06/12 | JEP<br><br>Drafting of Corporate By-Laws of Shoreline Condominium Association, an IL Not-For-Profit. Drafting of Officer "Job Descriptions." | A-103<br>Draft/Revise | 1.90 | $325 | $617.50 |
|  |  |  |  |  |  |

**EXHIBIT A**

| | | | | | |
|---|---|---|---|---|---|
| 01/10/12 | JEP<br><br>Review and revise December Board of Director Meeting Minutes, Budget and Agenda Items | A-103<br>Draft/Revise | 1.75 | $325 | $568.75 |
| 01/12/12 | JEP<br><br>Court Appearance | A-111<br>Court Appearance | 1.35 | $325 | $438.75 |
| 01/18/12 | JEP<br><br>Numerous e-mails with various Michelle Thomas, Orland re: regarding feedback on Condo Declarations, Budget Preparation, Voting and Notice Requirements. | A-106<br>Communicate (with client) | 1.20 | $325 | $390.00 |
| 01/19/12 | JEP<br>Revisions to Condo Decs. based on feedback from Board of Directors in terms of Parking issues, storage, desirable qualifications for Board Membership. Circulation of document for final approval and recording. | A-103<br>Draft/Revise | 2.50 | $325 | $812.50 |
| | JEP<br>Revisions to Corporate By-Laws. | A-103<br>Draft/Revise | 1.25 | $325 | $406.25 |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1/23/12 | JEP<br><br>E-Mails with Board of Director Members re: Condo Decs/By-Laws and Annual Budget, Necessity to Pass Same, Consequences of Failure to do so. | A-106<br>Communicate (with client) | 1.40 | $325 | $455.00 |
| 01/26/12 | JEP<br>Analysis and strategy review with Karen Porter and various board members re: deliquescent abandoned, and foreclosed units, commencement of evictions, levying of assessment liens, renting units repossessed by Association.<br><br>Final revisions to By-Laws, transmittal of same for review and adoption by Board. | A-107<br>Communicate (other outside counsel)<br><br><br><br><br><br>A-103<br>Draft/Revise | 2.25<br><br><br><br><br><br><br><br>1.30 | $325<br><br><br><br><br><br><br><br>$325 | $731.25<br><br><br><br><br><br><br><br>$422.50 |
| 02/02/12 | JEP<br><br>Legal research re: issues of revising previously submitted annual budget for 2012 and necessity for new unit owner notification, timing of same, holding of special meeting to review and approve same. | A-102<br>Research | 1.80 | $325 | $585.00 |
| 02/27/12 | JEP<br><br>E-mails with Board of Directors re: results of Budget Research<br><br>Preparation of Memo of legal research on budget/approval issues. | A-107<br>Communicate (other outside counsel)<br><br><br>A-103<br>Draft/Revise | .75<br><br><br><br><br>1.25 | $325<br><br><br><br><br>$325 | $243.75<br><br><br><br><br>$406.25 |
| 02/28/12 | JEP<br><br>Legal research re: Board Member | A-102<br>Research | 1.85 | $325 | $601.25 |

| | | | | | |
|---|---|---|---|---|---|
| | Removal, Special Meeting, Voting Requirements. | | | | |
| 04/06/12 | JEP<br><br>Receive and review financial reports from Condo Board and Treasurer. | A-104<br>Review/analyze | 2.00 | $325 | $650.00 |
| 04/06/12 | JEP<br><br>Final revision/approval of Condo Decs. and By-Laws<br>Ongoing e-mails/calls with various board members re: issues related to upcoming annual meeting, elections, evictions, etc.<br><br>E-mails with Karen Porter and Michelle Thomas and Board regarding upcoming Budget Meeting. | A-103<br>Draft/Revise<br><br><br><br><br><br>A-106 | 1.60<br><br><br><br><br><br><br><br>.40 | $325<br><br><br><br><br><br><br><br>$325 | $520.00<br><br><br><br><br><br><br><br>$130.00 |
| 04/23/12 | JEP<br><br>Preparation of Lien for Banks Unit. | L-210<br>Pleadings | 1.60 | $325 | $520.00 |
| 04/27/12 | JEP<br><br>Drafting of Memo re: Private Unit Owner's Meeting, Removal of Board Members. | A-103<br>Draft/Revise | 1.50 | $325 | $487.50 |
| 05/01/12 | JEP<br><br>E-mails with client, Karen Porter, re: Board meeting, posting of notice, contents of same, agenda. | A-106<br>Communicate (with client) | .80 | $325 | $260.00 |

| Date | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/02/12 | JEP<br><br>Legal research – issues of voting, removal of board members, review of Condo Act and existing Declarations for requirements of same. | A-102 (Legal Research) | 1.65 | $325 | $536.25 |
| 05/03/12 | JEP<br>Preparation and transmittal to Board of general Board voting requirements, details of Officer duties and responsibilities. | A-106 Communicate (with client) | 1.25 | $325 | $406.25 |
| 05/04/12 | JEP<br>Receive and review Memo re: Parking Lot Issues/Used | A-104 Review and analyze | .50 | $325 | $162.50 |
| | Provide clients with feedback as to same/e-mails with Board | A-106 Communicate (with client) | .90 | $325 | $292.50 |
| 05/05/12 | JEP<br><br>Communicate with client/respond to Board Member e-mails re: insurance cancellation issues, door security and unit owner meeting re: removal of Board Members. | A-106 Communicate (with client) | .60 | $325 | $195.00 |
| 05/08/12 | JEP<br>Respond to Board Member e-mails re: Common Area Notice/Water Tank Repair | A-106 Communicate (with client) | 1.00 | $325 | $325.00 |
| 05/14/12 | JEP<br>Preparation of Fee Application/Pleadings | B-160 Fee Application Prep | 1.50 | $325 | $326.50 |
| | | | **TOTAL** | | **$14,121.25** |

| **TASK AND TIMEKEEPER SUMMARY** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Jay E. Presser | 43.45 | 325.00 | 14,121.25 |

| Task | Hours | Rate | Amount |
|---|---|---|---|
| A102 – Research | 6.6 | $325 | $2,145.00 |
| A103 – Draft and Revise | 18.5 | $325 | $6,012.50 |
| A104 – Review/Analyze | 2.5 | $325 | $812.50 |
| A106 – Communicate with Client | 11.5 | $325 | $3,737.50 |
| A111-Attend Court | 1.35 | $325 | $438.75 |
| L-210 –Pleadings | 1.5 | $325 | $487.50 |
| B160 – Fee/Employment Application | 1.5 | $325 | $487.50 |

**Total Fees:**

| Timekeeper | Task | Hours | Rate | Amount |
|---|---|---|---|---|
| Jay Presser | A102 – Research | 6.6 | $325 | $2,145.00 |
| Jay Presser | A103 – Draft and Revise | 8.5 | $325 | $6,012.50 |
| Jay Presser | A104– Review/Analyze | 2.5 | $325 | $812.50 |
| Jay Presser | A106 – Communicate with Client | 11.5 | $325 | $3,737.50 |
| Jay Presser | A111-Attend Court | 1.35 | $325 | $438.75 |
| Jay Presser | L-210 –Pleadings | 1.5 | $325 | $487.50 |
| Jay Presser | B160 – Fee/Employment Application | 1.5 | $325 | $487.50 |

**Total Fees:** $14,121.25

Costs:

| | |
|---|---|
| Travel Reimbursement (Court/Meetings) | $60.00 |
| Travel Reimbursement (Parking – Board Meeting) | $20.00 |
| | $80.00 |
| Gross Amount of Invoice | $14,205.25 |

**Net Amount Due Now $14,205.25**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   11-9622 |
| Shoreline Condominium Association | ) | |
| | ) | |
| | ) | Chapter:  11 |
| | ) | |
| | ) | Honorable   Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING FINAL APPLICATION OF SCHOENBERG, FINKEL, NEWMAN & ROSENBERG  FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

This cause comes on to be heard on the Final Application of Schoenberg, Finkle Newman & Rosenberg the  for Compensation and Reimbursement of Expenses; due and proper notice of the Application  has been given to the parties entitled thereto and the court being otherwise fully advised in the premises:

IT IS THEREFORE ORDERED that Schoenberg, Finkle Newman & Rosenberg is awarded final compensation in the amount of _____ and reimbursement of expenses in the amount of _____.

IT IS FURTHER ORDERED that the Debtor is authorized to pay Schoenberg, Finkle Newman & Rosenberg the balance due for the compensation awarded in the amount of $_____.

Enter:

Dated:                                                                         United States Bankruptcy Judge

**Prepared by:**
Karen J. Porter
PORTER LAW NETWORK
230 West Monroe, Suite 240
Chicago, IL 60606
312-372-4400
Fax 312-372-4160
Attorney No 6188626

Rev: 20120501_bko